```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                  2:04-cr-144-4

Shanica Keith

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 91) that the defendant's guilty pleas be accepted.  The court accepts the defendant's pleas of guilty to Counts 1, 4 and 5 of the second superseding indictment, and she is hereby adjudged guilty on those counts.

Date: July 22, 2005                    <u>     s\James L. Graham     </u>
                                                    James L. Graham
                                                    United States District Judge